UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SCHEFFLER NORTHWEST, INC., a Nevada corporation,<br><br>Defendant. | No. C17-1694-RSM<br><br>ORDER TO COMPEL AUDIT |

THIS MATTER coming on duly and regularly for consideration upon Plaintiffs' motion for entry of an Order requiring Defendant to make available to Plaintiff Trust Funds' representatives any and all payroll records, information, data, reports, documents and other financial records requested by the Trust Funds' auditors so that they may conduct a thorough examination of Defendant's books and records covering the period October 1, 2015 through March 31, 2016, the Plaintiffs being represented by their attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., the Defendant having, and the Court having reviewed the records and file herein, including the Declaration of Adam Keck and the exhibits thereto, the Declaration of Russell J.

Reid, and the exhibits thereto, in support of Plaintiffs' motion, and being fully advised in the premises, now, therefore, it is hereby,

ORDERED that Defendant, Scheffler Northwest, Inc. be and hereby is DIRECTED BY THE COURT, within fifteen (15) days of the entry of this Order to:

A. Make available to Plaintiff Trust Funds' authorized representatives the following documents:

    1. Monthly union contribution reports/remittance reports sent to the Trust for the time period requested.

    2. State Unemployment Reports (SUTA)/UI Quarterly reports;

    3. Verification of monthly payments submitted to the union.

    4. Payroll reports: i.e., payroll registers, employee earning reports, employee time detail, payroll summaries, etc. by month and include all active employees, union and non-union.

    5. Complete employee listing (from payroll system) of all employees working during the time period October 1, 2015 through March 31, 2016.

DATED this 1 day of March 2018.

                                RICARDO S. MARTINEZ
                                CHIEF UNITED STATES DISTRICT JUDGE

Presented for entry by:

/s/Russell J. Reid
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, LLP
Attorney for Plaintiffs